[No. 12745-8-II. Division Two. August 20, 1990.]

DARIGOLD, INC., *Appellant,* v. GAS-N-SAVE
OF WASHINGTON, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 86-2-00800-6, James I. Maddock, J., entered
March 3, 1989. *Affirmed* by unpublished opinion per

Petrich, J., concurred in by Alexander, C.J., and Worswick, J.